# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 09-00149-01-CR-W-DGK |
| ) | |
| JEFF W. WALSER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On September 3, 2009, United States Magistrate Judge Sarah Hays entered an order for a determination of the mental competency of the defendant to stand trial. Defendant was examined by Dr. William S. Logan and a competency hearing was held before United States Magistrate Judge John T. Maughmer on October 22, 2009. The parties stipulated to Dr. Logan's report. On October 27, 2009, a Report and Recommendation (Doc. 29) was entered, to which there has been no timely objection. Therefore, after making an independent review of the record, it is

ORDERED that the Report and Recommendation of Magistrate John T. Maughmer is adopted in its entirety, and this Court finds that defendant is incompetent to proceed. It is further

ORDERED that, pursuant to 18 U.S.C. 4241(d), Defendant be committed to the custody of the Attorney General for hospitalization and treatment in the Federal Medical Center in Springfield, Missouri, for a reasonable time to determine whether there is a substantial probability that in the foreseeable future, the defendant will attain the capacity to permit the trial to proceed, and so that defendant can receive the dialysis treatment that he requires.

    /s/ Greg Kays  
GREG KAYS, JUDGE  
UNITED STATES DISTRICT COURT

Dated: November 10, 2009