# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 09-00149-01-CR-W-DGK |
| ) | |
| JEFF W. WALSER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On September 8, 2010, a competency hearing was held before United States Magistrate Judge John T. Maughmer. At this hearing, counsel for the government and counsel for the defendant stipulated that the Court could consider the psychological or psychiatric report of Drs. Angela Walden Weaver and Robert G. Lucking as if Drs. Weaver and Lucking had appeared in person and testified under oath. The report concluded that the defendant is competent to understand the nature and consequence of the proceedings against him and to assist properly in his defense. No other evidence was offered by the government or the defendant. On September 13, 2010, a Report and Recommendation (Doc. 36) was entered, to which there has been no timely objection. After making an independent review of the record, it is hereby

ORDERED that the Report and Recommendation of Magistrate John T. Maughmer is adopted in its entirety, and this Court finds that defendant is competent to understand the nature and consequence of the proceedings against him and to assist properly in his defense.

    /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT

Dated: September 28, 2010